UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 1 8 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br><br> vs. <br><br> James Richard Denlinger, Jr. <br><br><br> Defendant. | **CASE NO. 00cr0573-IEG** <br><br> **APPLICATION AND ORDER TO CLARIFY RESTITUTION ORDERED ON ORIGINAL JUDGEMENT** |

## APPLICATION

The Clerk of Court has received and is ready to begin the process to disburse funds to the victims listed on defendant's Judgement filed on June 13, 2000.

The "Amended Judgment Including Sentence Under The Sentencing Reform Act"" orders the defendant to pay restitution in the amount of $46,701.00. The victim list with addresses and contact information provided by the United States Attorneys Office indicates a total of $46,881. This difference came about because the amount owed to one victim, John Hamby Jr., was not included in the first amount. Because the total owed to the victims is more than the restitution ordered, disbursement is impossible without further guidance from the court.

To facilitate the disbursement of the funds on hand and any future funds received, we propose the following:

- The total restitution ordered will be divided by the total of all victim's losses to determine the percentage of the restitution ordered to the total victim losses. This percentage will be multiplied by the amount of loss for each victim to calculate the amount payable to each victim. This amount ( new amount due to each victim) will then be divided by the amount of restitution ordered to determine the victim's percentage of the restitution to be paid;

- The amount of restitution funds received by the Clerk's Office will be multiplied

by the percentage figure applicable to each victim, and that amount will be paid to the victim as the victim's share of the restitution received.

As an example to the Court we offer the following sample scenario:

The Court orders a defendant to pay $800 in restitution to the six sample victims on the following list.

The victim's list totals $1000.

$800 divided by $1000 equals 0.80 or 80%.

|            | Loss on Victim's List | Times .80 | Divided by $800 |
|------------|-----------------------|-----------|-----------------|
| Victim A   | $100                  | $80       | .10             |
| Victim B   | $200                  | $160      | .20             |
| Victim C   | $200                  | $160      | .20             |
| Victim D   | $200                  | $160      | .20             |
| Victim E   | $200                  | $160      | .20             |
| Victim F   | $100                  | $80       | .10             |
| Total Loss | $1000                 | $800      | 100%            |

Thus for every dollar the Clerk receives victims A and F will get 10 cents and Victims B thru E will get 20 cents each.

The Clerk of Court respectfully requests the Court's clarification so the distribution of funds can be made in accordance with the Court's intent.  This clarification does not alter the judgement amount owed.

**ORDER**

Good cause appearing and to clarify the Court's intent in the original Judgment, the Court Orders the Clerk of Court to disburse restitution as follows:

- The total restitution ordered will be divided by the total of all victim's losses to determine the percentage of the restitution to the total victim losses. This percentage will be multiplied to the amount of loss for each victim to calculate the amount payable to each victim.   This amount ( new amount due to each victim) will then be divided by the amount of restitution ordered to determine the victim's percentage of the restitution to be paid;

- The amount of restitution funds received by the Clerk's Office will be multiplied by the percentage figure applicable to each victim, and that amount will be paid to the victim as the victim's share of the restitution received.


_____3/17/09_____
Date


_____
Hon. Irma E. González, Chief Judge
United States District Court